11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

James Maurice Wise,                      * From the 42nd District
                                            Court of Taylor County,
                                            Trial Court No. 24040A.

Vs. No. 11-11-00196-CR                   * July 11, 2013

The State of Texas,                       * Memorandum Opinion by McCall, J.
                                            (Panel consists of: Wright, C.J.,
                                            McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to reflect that Appellant pleaded "TRUE" to the first and second enhancement paragraphs and that the trial court found the first and second enhancement paragraphs to be "TRUE." We modify the second page of the judgment to reflect that the trial court assessed Appellant's punishment. As modified, we affirm.